Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>GRAND WHEELCHAIR & MEDICAL SUPPLY INC.; JOSE P. SILVA, Trustee of the SILVA FAMILY TRUST dated February 13, 1991; RITA M. SILVA, Trustee of the SILVA FAMILY TRUST dated February 13, 1991;<br><br>             Defendants. | No.  4:20-cv-04731-KAW<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT, GRAND WHEELCHAIR & MEDICAL SUPPLY INC., ONLY** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Grand Wheelchair & Medical Supply Inc., Jose P. Silva, Trustee of the Silva Family Trust dated February 13, 1991; and Rita M. Silva, Trustee of the Silva Family Trust dated February 13, 1991, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), only Defendant, Grand Wheelchair & Medical Supply Inc. be dismissed from the above-captioned action with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: October 20, 2020                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Francisca Moralez

Dated: October 22, 2020                */s/ David Shalizi*
                                       David Shalizi
                                       Defendant, Grand Wheelchair &
                                       Medical Supply Inc.

Dated: October 20, 2020                Law Office of Rick Morin, PC

                                       */s/ Richard Morin*
                                       Richard Morin
                                       Attorney for Defendants,
                                       Jose P. Silva, Trustee of the Silva Family Trust
                                       dated February 13, 1991; Rita M. Silva, Trustee of
                                       the Silva Family Trust dated February 13, 1991

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Francisca Moralez

STIPULATION FOR DISMISSAL OF DEFENDANT, GRAND WHEELCHAIR & MEDICAL SUPPLY INC., ONLY