1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Francisca Moralez

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | FRANCISCA MORALEZ,                          ) No. 4:20-cv-04731-KAW
13 |                    Plaintiff,               )
                                                 ) **STIPULATION FOR DISMISSAL OF**
14 |         vs.                                 ) **ENTIRE ACTION**
                                                 )
15 | GRAND WHEELCHAIR & MEDICAL                  )
     SUPPLY INC.; JOSE P. SILVA, Trustee of      )
16 | the SILVA FAMILY TRUST dated February       )
     13, 1991; RITA M. SILVA, Trustee of the     )
17 | SILVA FAMILY TRUST dated February 13,       )
     1991;                                       )
18 |                                             )
                     Defendants.                 )
19 |                                             )
                                                 )
20 |                                             )
                                                 )
21 |                                             )
                                                 )
22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Jose P. Silva, Trustee of the Silva Family Trust dated February 13, 1991; and Rita M. Silva, Trustee of the Silva Family Trust dated February 13, 1991, the remaining parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: November 11, 2020 | MOORE LAW FIRM, P.C. |
| | */s/ Tanya E. Moore*<br>Tanya E. Moore<br>Attorney for Plaintiff,<br>Francisca Moralez |
| Dated: November 11, 2020 | Law Office of Rick Morin, PC |
| | */s/ Richard Morin*<br>Richard Morin<br>Attorney for Defendants,<br>Jose P. Silva, Trustee of the Silva Family Trust dated February 13, 1991; and Rita M. Silva, Trustee of the Silva Family Trust dated February 13, 1991 |

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez